UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN JOSEPH LIGERI,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC;<br>AMAZON PAYMENTS, INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | CASE NO. 2:25-cv-00764-JHC<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff Benjamin Joseph Ligeri's "Motion for Reconsideration and/or Clarification Regarding the Non-Application of General Order 06-22." Dkt. # 24. The Court has considered the motion, the rest of the file, and the governing authorities. Being fully advised, the Court rules as follows:

"Motions for reconsideration are disfavored and will ordinarily be denied absent a showing of (a) manifest error in the ruling, or (b) facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence." *Cunningham v. Fortney*, 2024 WL 1931695, at *1 (W.D. Wash. May 2, 2024) (citing LCR 7(h)(1)). Manifest error is "an error that is plain and indisputable, and that amounts to a complete disregard of the controlling law or the credible evidence in the record." *Gaskill v. Travelers Ins. Co.*, 2012 WL 13026638, at

ORDER - 1

\*1 (W.D. Wash. Mar. 28, 2012) (quoting *Black's Law Dictionary* 622 (9th ed. 2009)). Because the motion does not seek to satisfy these standards, to the extent it is a request for reconsideration, the Court DENIES it.

Next, the motion takes issue with the "non-application" of GO 06-22. But that General Order addresses the Court's response with respect to COVID-19, which is unrelated to Plaintiff's apparent concerns.

Finally, the motion seeks clarification with respect to the Court's July 15, 2025 order at Dkt. # 21. But that order addresses only Plaintiff's apparent request for recusal. The Court's July 30, 2025 order at Dkt. # 25, filed after the present motion, addresses Plaintiff's Motion to Vacate Judicial Reassignment. That order explains the application of GO 03-25 to this matter. Dkt. # 25 at 5-6.

Dated this 22nd day of August, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2