UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN JOSEPH LIGERI, | CASE NO. 2:25-cv-00764-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMAZON.COM SERVICES LLC; AMAZON PAYMENTS, INC.; AMAZON.COM, INC., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Court ORDERS Defendants to file a response to the motion at Dkt. # 28 on or before Friday, September 12, 2025.

(2) The Court DIRECTS the Clerk to renote the motion at Dkt. # 28 for Friday, September 12, 2025, and to forward a copy of this Order to all counsel of record.

Dated this 5th day of September.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1