UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN JOSEPH LIGERI,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC;<br>AMAZON PAYMENTS, INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | CASE NO. 2:25-cv-00764-JHC<br><br>ORDER |

Before the Court is Plaintiff's recusal motion.[1] Dkt. # 38. Plaintiff apparently noted the motion for October 24, 2025. But such motions are to be noted for the day they are filed. LCR 7(d)(1). Thus, the Court addresses the motion now. For the reasons below, the Court DENIES the motion.

"Whenever a motion to recuse directed at a judge of this court is filed pursuant to 28 U.S.C. § 144 or 28 U.S.C. § 455, the challenged judge will review the motion papers and decide

---

[1] The Court declined to recuse earlier in this matter. Dkt. # 21. This decision was affirmed. Dkt. # 22.

ORDER - 1

whether to recuse voluntarily." LCR 3(f). "If the challenged judge decides not to voluntarily recuse, he or she will direct the clerk to refer the motion to the chief judge." *Id.*

A judge of the United States must recuse from any proceeding in which their "impartiality might reasonably be questioned." 28 U.S.C. § 455(a). Federal judges must also disqualify themselves when they have "a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding." *Id.* § 455(b)(1).

Plaintiff bases his argument mainly on adverse rulings by the Court. But "[a]dverse rulings do not constitute the requisite bias." *United States v. Nelson*, 718 F.2d 315, 321 (9th Cir. 1983).

The undersigned makes rulings in each case based on the issues presented by the parties or on *sua sponte* review and has no personal bias or reason to be partial to one side or the other in this matter. Ligeri has not shown that a reasonable person could question the undersigned's impartiality. The undersigned will not recuse himself voluntarily from this case.

Accordingly, the Court DENIES the request for recusal. Also, the Court DIRECTS the Clerk to refer the motion to Chief Judge David Estudillo for further review.

Dated this 6th day of October, 2025.

John H. Chun
United States District Judge

ORDER - 2