UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN JOSEPH LIGERI, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, <br><br> Defendant. | Lead Consolidated Case: <br> 2:25-cv-00764-JHC <br><br> Consolidated Cases: <br> 2:25-cv-0796-JHC <br> 2:25-cv-00860-JHC <br><br> ORDER |

This matter comes before the Court on pro se "Plaintiff's Verified Motion to Restore Case to Active Docket Due to Failure of Compelled Arbitral Forum." Dkt. # 56. The Court has considered the materials filed in support of and in opposition to the motion, pertinent portions of the record, and the applicable law.

Plaintiffs appealed this matter to the Ninth Circuit on October 31, 2025. Dkt. # 54. That appeal is pending as *Ligeri v. Amazon.com Services LLC*, Case No. 25-6933 (9th Cir.). For the reasons Defendant presents, *see* Dkt. # 58 at 4-5, the appeal divests the Court of jurisdiction to rule on the motion. Plaintiff's reply does not present any legal authority to undermine this conclusion. *See* Dkt. # 59 at 2. Accordingly, the Court STRIKES the motion.

//

ORDER - 1
(Lead Case No. 2:25-cv-00764-JHC)

DATED this 13th day of February, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER - 2
(Lead Case No. 2:25-cv-00764-JHC)