UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN JOSEPH LIGERI, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, <br><br> Defendant. | Lead Consolidated Case: 2:25-cv-00764-JHC <br><br> Consolidated Cases: 2:25-cv-00796-JHC 2:25-cv-00860-JHC <br><br> ORDER GRANTING AMAZON'S MOTION TO CONSOLIDATE AND STAY TRANSFERRED ACTION |

THIS MATTER comes before the Court on Amazon.com Services LLC's Motion to Consolidate and Stay Transferred Action.  Dkt. # 62.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. The motion is noted for April 17, 2026, but it is fully briefed and the Court sees no reason to delay ruling on it.  Being fully advised, the Court rules as follows:

1.      For the reasons presented by Amazon, the Court GRANTS the motion;

2.      The Court ORDERS that this Case No. 2:25-cv-00764-JHC be consolidated with Case No. 2:26-cv-00972 for all purposes, including trial;

3.      All further pleadings shall be filed in Case No. 2:25-cv-00764-JHC and bear this case number; and

4.      This consolidated action shall remain stayed pending the outcome of the currently pending appeal, *Ligeri v. Amazon.com Services LLC*, Case No. 25-6933 (9th Cir.), and the

ORDER GRANTING AMAZON'S MOTION TO CONSOLIDATE AND STAY
TRANSFERRED ACTION - 1
(Lead Case No. 2:25-cv-00764-JHC)

arbitration of Plaintiff's claims against Amazon, *see* Dkt. 53.

SO ORDERED this 10th day of April, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AMAZON'S MOTION TO CONSOLIDATE AND STAY
TRANSFERRED ACTION - 2
(Lead Case No. 2:25-cv-00764-JHC)